3-15-05

Clerk of Court,

You will find a Resident History Report of my expences at H.R.Y.C.I. I also a P.N.C. Bankstatement for: Judge CA 05-0044-KAJ from Wm F. Philhower doc #3.

Thank You
Sincerely,
Wm. Philhower
101780
H.Y.C.I. Box 9561
Wilm De 19809

FILED
MAR 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Priority Benefits Account Statement
PNC Bank

For the period 10/01/2004 to 10/31/2004

WILLIAM K PHILHOWER
SONIA MARIE CORLE
767 PULASKI HWY RM 01
BEAR DE 19701-1238

Primary account number: 56-0381-0478
Page 1 of 2
Number of enclosures: 0

For 24-hour banking, customer service and transaction or interest rate information, sign-on to Account Link ® by Web on pncbank.com or call 1-888-PNC-BANK

Para servicio en espanol, 1-866-HOLA-PNC

Moving?  Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at pncbank.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Priority Benefits
## Savings Account Summary
Account number: 56-0381-0478

William K Philhower
Sonia Marie Corle

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 108.19 | 1,591.14 | 1,670.00 | 29.33 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.00% | 31 | 45.99 | .00 |

As of 10/31, a total of $1.04 in interest was earned this year.

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 10/01 | 1,216.00 | Direct Deposit - Soc Sec  No More  US Treasury 303 221325622A |
| 10/25 | 375.14 | Direct Deposit - Inst Bn Pd  Good till June  Natl Western Lfe 01C0945233 |

There were 2 Deposits and Other Additions totaling $1,591.14 .

### Online and Electronic Banking Deductions

| Date | Amount | Description | |
|---|---|---|---|
| 10/01 | 1,300.00 | Online Transfer To | 0000005657244723 |
| 10/27 | 320.00 | Online Transfer To | 0000005657244723 |

There were 2 Online or Electronic Banking Deductions totaling $1,620.00 .

### Other Deductions

| Date | Amount | Description |
|---|---|---|
| 10/25 | 50.00 | Funds Transfer To  Acct 5606116369 |

There was 1 Other Deduction totaling $50.00 .

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 24.19 | 10/25 | 349.33 | 10/27 | 29.33 |

N

```
RESIDENT HISTORY REPORT                                              Page 1 of 1

HRYCI
01/03/05 09:47
ST 007 / OPR KJG

SBI              :  101781
Resident Name    :  PHILHOWER, WILLIAM
Time Frame       :  10/04/2004 11:26 - 12/27/2004 11:41

-----------------------------------------------------------------------------
Date        Time    Type             ST   OPR     Receipt #        Amount      Balance
-----------------------------------------------------------------------------

10/04/2004  11:26   Order            2    DDT     B35079           22.43         4.36
10/06/2004  12:01   Add              4    SED     D13837          100.00       104.36
10/11/2004  13:09   Order            2    DDT     B35970           42.89        61.47
10/12/2004  06:59   Order            3    WLH     C4116             2.95        58.52
10/19/2004  06:01   Order            2    DDT     B36988           50.99         7.53
10/25/2004  13:12   Order            2    DDT     B37769            7.45         0.08
10/26/2004  10:03   Add              4    SED     D14728          360.00       360.08
10/28/2004  10:30   Withdrawal       6    PLF     F7185            18.00       342.08
11/01/2004  11:18   Order            2    WAC     B38687           58.94       283.14
11/08/2004  12:12   Order            2    DDT     B39541           44.96       238.18
11/15/2004  11:29   Order            2    DDT     B40443           57.03       181.15
11/17/2004  12:59   Credit           3    WLH     C4596             5.75       186.90
11/22/2004  10:21   Order            2    DDT     B41327           54.37       132.53
11/29/2004  10:05   Rec Payment      7    kjg     G4081             3.70       128.83
11/29/2004  14:29   Order            2    WLH     B42119           46.65        82.18
12/06/2004  10:16   Order            2    WLH     B42862           59.81        22.37
12/06/2004  11:29   Withdrawal       6    PLF     F7964            10.00        12.37
12/10/2004  11:45   Add              4    SED     D17111          100.00       112.37
12/14/2004  05:57   Order            2    DDT     B43722           46.15        66.22
12/20/2004  12:46   Order            2    IM      B44759           47.72        18.50
12/24/2004  12:32   Add              4    SED     D17995          200.00       218.50
12/27/2004  11:41   Order            2    WLH     B45615           47.83       170.67
```

*[Handwritten notations:]*
1/4/04
1/10/05

44.17   126.50
         47.53

COMPLETED
JAN 03 2015

180.

760
160
920