3-17-05

Clerk of District Court,

I mailed a Resident History Report & I sent you a more current one for Judge Case # CA-05-0044-KAJ. Could you recomend a good lawyer for a case involving two probations for same charge.

Thank You
Wm. K. Phillower
107781 - HYCI
Box 9561
Wilm, DE. 19801

FILED
MAR 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

```
RESIDENT HISTORY REPORT                                                Page 1 of 2

HRYCI
03/16/05 13:39
ST 007 / OPR KJG

SBI              : 101781
Resident Name    : PHILHOWER, WILLIAM
Time Frame       : 08/24/2004 17:59 - 03/16/2005 13:39

------------------------------------------------------------------------------------
Date        Time    Type              ST   OPR   Receipt #        Amount      Balance
------------------------------------------------------------------------------------

08/24/2004  17:59   Intake            5    BVS   E3821             96.00       96.00
09/01/2004  10:09   Order             2    IM    B31130             2.20       93.80
09/08/2004  08:52   Order             2    IM    B31862             4.86       88.94
09/10/2004  12:50   Credit            9    IM    I352               4.86       93.80
09/14/2004  08:48   Order             2    IM    B32698            10.34       83.46
09/22/2004  08:23   Order             2    IM    B33900            18.87       64.59
09/29/2004  06:11   Order             2    DDT   B34639            42.50       22.09
09/29/2004  14:16   Credit            3    WLH   C3951              4.70       26.79
10/04/2004  11:26   Order             2    DDT   B35079            22.43        4.36
10/06/2004  12:01   Add               4    SED   D13837           100.00      104.36
10/11/2004  13:09   Order             2    DDT   B35970            42.89       61.47
10/12/2004  06:59   Order             3    WLH   C4116              2.95       58.52
10/19/2004  06:01   Order             2    DDT   B36988            50.99        7.53
10/25/2004  13:12   Order             2    DDT   B37769             7.45        0.08
10/26/2004  10:03   Add               4    SED   D14728           360.00      360.08
10/28/2004  10:30   Withdrawal        6    PLF   F7185             18.00      342.08
11/01/2004  11:18   Order             2    WAC   B38687            58.94      283.14
11/08/2004  12:12   Order             2    DDT   B39541            44.96      238.18
11/15/2004  11:29   Order             2    DDT   B40443            57.03      181.15
11/17/2004  12:59   Credit            3    WLH   C4596              5.75      186.90
11/22/2004  10:21   Order             2    DDT   B41327            54.37      132.53
11/29/2004  10:05   Rec Payment       7    kjg   G4081              3.70      128.83
11/29/2004  14:29   Order             2    WLH   B42119            46.65       82.18
12/06/2004  10:16   Order             2    WLH   B42862            59.81       22.37
12/06/2004  11:29   Withdrawal        6    PLF   F7964             10.00       12.37
12/10/2004  11:45   Add               4    SED   D17111           100.00      112.37
12/14/2004  05:57   Order             2    DDT   B43722            46.15       66.22
12/20/2004  12:46   Order             2    IM    B44759            47.72       18.50
12/24/2004  12:32   Add               4    SED   D17995           200.00      218.50
12/27/2004  11:41   Order             2    WLH   B45615            47.83      170.67
01/03/2005  10:50   Order             2    WLH   B46447            41.16      129.51
01/04/2005  06:55   Order             3    WLH   C5370              2.95      126.56
01/06/2005  12:10   Withdrawal        6    PLF   F8435             50.00       76.56
01/06/2005  12:11   Withdrawal        6    PLF   F8436             10.00       66.56
01/10/2005  13:35   Order             2    DDT   B47267            47.53       19.03
01/14/2005  11:07   Add               4    CK    D18947           160.00      179.03
01/17/2005  13:22   Order             2    DDT   B48233            59.49      119.54
01/18/2005  09:33   Credit            3    WLH   C5553              2.07      121.61
01/25/2005  06:38   Order             2    DDT   B49055            41.14       80.47
01/26/2005  12:33   Rec Payment       7    kjg   G4260             12.67       67.80
01/31/2005  13:25   Order             2    DDT   B49919            59.81        7.99
02/01/2005  11:52   Add               4    SED   D19795           100.00      107.99
02/01/2005  11:53   Add               4    SED   D19796           100.00      207.99
02/07/2005  13:37   Withdrawal        6    PLF   F9090             50.00      157.99
02/08/2005  05:58   Order             2    DDT   B50814            57.36      100.63
02/09/2005  08:29   Credit            3    WLH   C5780             57.36      157.99
02/10/2005  10:30   Rec Payment       7    kjg   G4289              2.12      155.87
02/14/2005  13:39   Order             2    DDT   B51659            59.93       95.94
02/16/2005  09:41   Credit            3    WLH   C5910              0.92       96.86
02/22/2005  05:55   Order             2    DDT   B52624            45.01       51.85
02/28/2005  12:38   Order             2    DDT   B53601            43.27        8.58
03/01/2005  09:32   Rec Payment       7    kjg   G4606              1.20        7.38
03/01/2005  09:42   Rec Payment       7    kjg   G4608              0.83        6.55
03/02/2005  12:02   Add               4    CK    D21503           200.00      206.55
03/08/2005  09:51   Order             2    DDT   B54574            57.76      148.79
03/11/2005  11:23   Withdrawal        6    kjg   F9906             10.00      138.79
03/14/2005  13:39   Order             2    DDT   B55323            55.85       82.94
03/15/2005  13:14   Credit            3    WLH   C6356              2.76       85.70
```

```
RESIDENT HISTORY REPORT                                              Page 2 of 2

HRYCI
03/16/05 13:39
ST 007 / OPR KJG

SBI                  :  101781
Resident Name        :  PHILHOWER, WILLIAM
Time Frame           :  08/24/2004 17:59 - 03/16/2005 13:39

--------------------------------------------------------------------------------
Date         Time    Type                ST   OPR    Receipt #      Amount      Balance
--------------------------------------------------------------------------------

03/16/2005   09:48   Rec Payment          7   kjg    G4651            9.96        75.74
```