4-10-05

Clerk of Court

Dear Sonia, My P.O.A.
Sum of $33.8? Please write a check:
U.S. District Court — Mail to Address:
Office of the Clerk
U.S. District Court
844 N. King St.
Lockbox 18
Wilm, DE. 19801-3570

FILED
MAY 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Include Case # 05-044-KAJ on check.

Clerk of Court: New Address Below.

Wm. K. Philhower
101781
M.C.I.
300 Water St.
Dover, DE 19904

Dear Sonia,
Mail this along with check for I.D. purpose. Must be there by May 15th.   Thank You,



WMK Philhower
300 Water St
Dover De 19904
MC.L.
#101781

Office of the Clerk
U.S. District Court
844 N. King St