IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM K. PHILHOWER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-044-KAJ |
| | ) |
| CAROLE J. DUNN, and LAWRENCE M. SULLIVAN, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on February 15, 2005, this Court entered an order granting leave to proceed in forma pauperis and requiring the plaintiff to file a certified copy of his prison trust account statement (D.I. 4);

WHEREAS, on April 12, 2005, this Court assessed an initial partial filing fee of $33.87, and ordered the plaintiff to complete and return an authorization form (D.I. 7);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

THEREFORE, at Wilmington this \_\_1st\_\_ day of \_\_June\_\_, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

　　　　　　　　　　　　　　　　/s/ Kent A. Jordan
　　　　　　　　　　　　　　　　United States District Judge