FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE     2005 JUN -1  PM 1:45

WILLIAM K. PHILHOWER,                )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )  Civ. No. 05-044-KAJ
                                     )
CAROLE J. DUNN, and LAWRENCE         )
M. SULLIVAN,                         )
                                     )
          Defendants.                )

**ORDER**

RECEIVED
JUN 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on February 15, 2005, this Court entered an order granting leave to proceed in forma pauperis and requiring the plaintiff to file a certified copy of his prison trust account statement (D.I. 4);

WHEREAS, on April 12, 2005, this Court assessed an initial partial filing fee of $33.87, and ordered the plaintiff to complete and return an authorization form (D.I. 7);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

**RTS**
RETURN TO SENDER

U.S.M.S
X-RAY

SV OP

A ☐ INSUFFICIENT ADDRESS
  ☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER / STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD
☐ OTHER

WILMINGTON DE
PM
02 JUN 2005
2005

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

William K. Philhower
SBI# 101781
Morris Community Corrections Center
300 Water Street
Dover, DE 19904